THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MICHAEL PELLEGRINO, Appellant.

Argued March 9, 1951; decided April 12, 1951.

*Judah B. Klein* and *K. Karl Klein* for appellant.

*Miles F. McDonald, District Attorney* (*Frank Di Lalla* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.